RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/25/13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RACHEL REEVES,<br>Appellant | CIVIL ACTION<br>NO. 2:11-CV-01655 |
| VERSUS | |
| U.S. Commissioner of Social Security,<br>Appellee | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Reeves' appeal is DENIED and the final decision of the Commissioner is AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25th day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE